UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**cc: ADR Program**

Case No.:   2:15−cv−01573−PSG−JC                                    Date:   7/7/2015
Title:   ALEJANDRA MENDEZ V. TNT TOWING AND RECOVERY, LLC ET AL

Present: The Honorable   Philip S. Gutierrez, United States District Judge

Deputy Clerk:   Wendy K. Hernandez                                    Court Reporter:   N/A

|  Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not present |

PROCEEDINGS: **VACATING SCHEDULING CONFERENCE**

On the Court's own motion, the Scheduling Conference presently set for 7/20/15 is **VACATED**, and the following dates are hereby set.  Please review the Court's trial order for further details.  On the Court's own motion, the following dates are hereby set.  Counsel are directed to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings:<br>  (Doe defendants are dismissed as of cut−off to add parties) | 8/13/2015 |
| Discovery Cut−Off: | 1/26/2016 |
| Last Day to File Motion: | 2/9/2016 |
| Opening Expert Witness Disclosure:<br>  [See F.R.Civ.P. 26(a)(2)] | 2/2/16 |
| Rebuttal Expert Witness Disclosure: | 3/1/16 |
| Expert Discovery Cut−Off: | 3/22/16 |
| Final Pretrial Conference (2:30 p.m.): | 4/18/2016 |
| Jury Trial (9:00 a.m.): | 5/3/2016 |
| Estimated Length: | 4 days |

Initials of Preparer:  wm